DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERRY D. LIPSEY, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-3145

[April 2, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432023CF000615AXMX.

Daniel Eisinger, Public Defender, and Jeffrey L. Anderson, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***